**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carol J. Cross,<br><br>    Plaintiff,<br><br>vs.<br><br>Monumental Life Insurance Co.,<br><br>    Defendant. | No. CV-08-08019-PCT-LOA<br><br>**NOTICE OF ASSIGNMENT<br> AND ORDER** |

   Pursuant Local Rule ("LRCiv") 3.8(a), Rules of Practice effective December 1, 2007 all civil cases are, and will be, randomly assigned to a U.S. district judge or to a U.S. magistrate judge. This matter has been reassigned to the undersigned magistrate judge after District Judge Paul G. Rosenblatt's recusal order (doc. #4).

   As a result of the aforesaid Local Rule and assignment, if all parties consent in writing, the case will remain with the assigned magistrate judge pursuant to 28 U.S.C. 636(c)(1) for all purposes, including trial and final entry of judgment. If any party chooses the district judge option, the case will be randomly reassigned to a U.S. district judge.  To either consent  to the assigned magistrate judge or to elect to have the case heard before a district judge, the appropriate section of the form, entitled Consent To Exercise Of Jurisdiction By United  States Magistrate Judge[1], must be completed, signed

---

[1] The consent/election form may be obtained directly from the Clerk of the Court or by accessing the District of Arizona's web site at www.azd.uscourts.gov.  To find the consent/election form on the District's web site, click on "Local Rules" at the top of the page, then click on "Forms" on the left side of the page and then click on and print the appropriate

1  and filed. The party filing the case or removing it to this Court is responsible for serving
2  all parties with the consent forms. Each party must file a completed consent form and
3  certificate of service with the Clerk of the Court not later than 20 days after entry of
4  appearance, and must serve a copy by mail or hand delivery upon all parties of record in
5  the case.

6  Any party is free to withhold consent to magistrate judge jurisdiction without
7  adverse consequences.  28 U.S.C. 636(c)(2); Rule 73(b), Fed.R.Civ.P.; *Anderson v.*
8  *Woodcreek Venture Ltd.*, 351 F.3d 911, 913-14 (9th Cir. 2003) (pointing out that consent
9  is the "touchstone of magistrate judge jurisdiction" under 28 U.S.C. §636(c). "A party to
10 a federal civil case has, subject to some exceptions, a constitutional right to proceed
11 before an Article III judge."  *Dixon v. Ylst*, 990 F.2d 478, 479 (9th Cir. 1993) (citing
12 *Pacemaker Diagnostic Clinic of Am. Inc. v. Instromedix, Inc.*, 725 F.2d 537, 541 (9th Cir.
13 1984) (*en banc*)).

14 A review of the Court's file indicates that Defendant's Notice of Removal was
15 filed on February 13, 2008.   Defendant shall have until **March 7, 2008** within which to
16 make its selection to  either consent to magistrate judge jurisdiction or elect to proceed
17 before a United States district judge.

18 Accordingly,

19 **IT IS ORDERED** that Defendant shall file on or before **March 7, 2008** its written
20 election  to either consent to magistrate judge jurisdiction or elect to proceed before a
21 United States district judge.

22 **IT IS FURTHER ORDERED** that Plaintiff shall either consent to proceed before
23 a magistrate judge or elect  to proceed before a district judge by **March 7, 2008**.

24 **IT IS FURTHER ORDERED** that counsel and any party, if unrepresented, shall
25 hereinafter comply with the Rules of Practice for the United States District Court for the
26 District of Arizona, as amended on December 1, 2007.   The District's Rules of Practice
27 ─────────────
28 form.

1  may be found on the District Court's internet web page at www.azd.uscourts.gov/. All
2  other rules may be found as www.uscourts.gov/rules/. The fact that a party is acting pro
3  se does not discharge this party's duties to "abide by the rules of the court in which he
4  litigates." *Carter v. Commissioner of Internal Revenue*, 784 F.2d 1006, 1008 (9th Cir.
5  1986).

    DATED this 19th day of February, 2008.

    *[signature]*
    Lawrence O. Anderson
    United States Magistrate Judge